Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FANG WANG,<br><br>    Defendant. | No. CR 17 – 135 TSZ<br><br>ORDER GRANTING MOTION FOR SUBSTITUTION OF COUNSEL |

Defendant's motion for substitution of counsel came on regularly for hearing, and, the Court being fully advised, grants the motion.

IT IS THEREFORE ORDERED that attorney Gregory Scott Hoover is permitted to withdraw, and attorney Stephan R. Illa is substituted in his place as defendant's counsel of record effective this date.

ORDERED this 2 day of June, 2017.

_____
Hon. Thomas S. Zilly
U.S. District Court Judge

ORDER GRANTING MOTION FOR
SUBSTITUTION OF COUNSEL – 1

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. BOX 10033
SEATTLE, WA 98110
(206) 464-4142

Presented by:

LAW OFFICES OF STEPHAN R. ILLA

*[signature]*

Stephan R. Illa
WSBA No. 15793
Attorney for Defendant

### Interpreter's Certificate

I certify, under penalty of perjury under the laws of the State of Washington, that today I translated this document into the Chinese language – Mandarin Dialect in the defendant's presence.

Signed on May 24, 2017 at SeaTac, Washington.

*[signature]*

Shau-Lee Chow
Mandarin Interpreter
206.235.5888
shauleechow@gmail.com

### Service & LCR 83.2(b)(1) Certification

I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties. I also certify I mailed copies to the defendant by mailing them to her at her address: Ms. Fang Wang, Registration No. 48109-086, Federal Detention Center, Post Office Box 13900, Seattle, WA 98198-1090.

Signed on May 24, 2017 somewhere within the Western District of Washington.

*[signature]*

Stephan R. Illa

ORDER GRANTING MOTION FOR
SUBSTITUTION OF COUNSEL – 2

LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
P.O. Box 10033
SEATTLE, WA 98110
(206) 464-4142