UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FANG WANG,<br><br>Defendant. | CR17-135 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS oral argument on defendant Fang Wang's Objection to Motion for Substitution of Counsel, docket no. 85, for Thursday, June 1, 2017, at 1:30 p.m. to resolve the issue of representation for defendant Fang Wang only.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Gregory Scott Hoover by email at greg@gshlaw.net.

Dated this 26th day of May, 2017.

William M. McCool<br>
Clerk<br><br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 1