# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FANG WANG, ZHAOFENG ZHANG, YONGGUANG WU, YUNZHONG CHEN, STEVEN THOMPSON, and YAOAN HE,<br><br>　　　　Defendants. | CR17-135 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed Gregory Scott Hoover's notice of withdrawal and declaration, docket nos. 94 and 95, the Court STRIKES as moot the motion objecting to substitution of attorney, docket no. 85. The hearing set for June 2, 2017, at 1:30 p.m., in connection with defendant Fang Wang relating to the withdrawal of counsel is STRICKEN.

(2) The hearing set in this case for defendant Yunzhong Chen relating to defendant's motion for review of detention order, docket no. 69, remains scheduled for hearing on June 2, 2017, at 1:30 p.m.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of June, 2017.

　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1