The Honorable Thomas S. Zilly

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10  UNITED STATES OF AMERICA,

11                          Plaintiff,

12                    v.

13

14

15  FANG WANG, YONGGUANG WU,
16  YUNZHONG CHEN, YAOAN HE, AND
    STEVEN THOMPSON,
17

18                    Defendant.

19

NO.  CR17-135TSZ

ORDER TO SEAL

20      Having read the Government's Stipulation For Entry Of Protective Order, and Motion

21  to Seal and because of sensitive information contained therein,

22      It is hereby ORDERED that Government's Stipulation For Entry Of Protective Order,

23  shall be allowed to remain under seal due to the sensitive information contained.

24      DATED this 2nd day of June, 2017.

25

26

27  Thomas S. Zilly
    United States District Judge
28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970