UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FANG WANG, ZHAOFENG ZHANG, YONGGUANG WU, YUNZHONG CHEN, STEVEN THOMPSON, and YAOAN HE,

        Defendants.

CR17-135 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court SETS oral argument on defendant Yaoan He's motion for review of detention order, docket no. 97, for **Thursday, June 29, 2017, at 1:00 p.m.**

(2) The Court SETS oral argument on defendant Fang Wang's motion to continue trial and pretrial motions deadline, docket no. 106, for **Thursday, June 29, 2017, at 1:00 p.m.** Any additional responses to defendant Wang's motion to continue trial and pretrial motions deadline shall be filed by Tuesday, June 27, 2017.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of June, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1