UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FANG WANG, ZHAOFENG ZHANG,  YONGGUANG WU, YUNZHONG CHEN, STEVEN THOMPSON, and  YAOAN HE,<br><br>Defendants. | CR17-135 TSZ<br><br>ORDER |

THIS MATTER having come before the Court on defendant Fang Wang's unopposed motion for a continuance of the trial and the pretrial motions due date, docket no. 106, and the Court having considered the facts set forth in the motion, the speedy trial waiver executed by defendant, defendant Steven Thompson's joinder and waiver, docket no. 108, the arguments of counsel at the hearing held on June 29, 2017, and the records and files herein, the Court enters the following order:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).  In addition, the

ORDER - 1

failure to grant a continuance in the proceeding would be likely to result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare for trial. All of these factors outweigh the best interests of the public and defendants in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

For the foregoing reasons, the motion to continue trial, docket no. 106, is GRANTED. The trial date shall be continued from July 17, 2017, to November 27, 2017. Pretrial motions are to be filed no later than October 12, 2017.

IT IS FURTHER ORDERED that the resulting period of delay from the current trial date until the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated this 30th day of June, 2017.

Thomas S. Zilly
United States District Judge

ORDER - 2