# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ZHAOFENG ZHANG,

    Defendant.

CR17-135 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The status hearing set for October 31, 2017, at 1:00 p.m., is STRICKEN as to all defendants other than Zhaofeng Zhang. As to defendant Zhang, the status hearing is RESCHEDULED to November 9, 2017, at 1:30 p.m. Defendant Zhang's pending motions, docket nos. 195, 196, 197, and 198, are RENOTED to November 6, 2017. The Government shall file a consolidated response, not to exceed twelve (12) pages in length, on or before noon on November 2, 2017. Any consolidated reply shall not exceed six (6) pages in length and shall be filed by noon on the noting date. At the status hearing on November 9, 2017, counsel shall be prepared to address all pending motions.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of October, 2017.

                                            William M. McCool
                                            Clerk

                                            s/Karen Dews
                                            Deputy Clerk

MINUTE ORDER - 1